AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF MAINE

| | |
|---|---|
| Federal National Mortgage Association<br>*Plaintiff(s)*<br>v.<br>Donald H. MCQuade, Jr.<br>*Defendant(s)* | Civil Action No. 2:16-00479-GZS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Donald H. McQuade, Jr., of 21423 County Road 455, Clairmont, FL 34715

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Doonan, Esq.
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/20/2016

Christa K. Berry
Clerk, U.S. District Court

THE STATE OF MAINE
UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 2:16-00479-GZS
Filed On: 9/20/2016

## AFFIDAVIT OF SERVICE

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

-against-

**DONALD H. McQUADE, JR., AND STEPHANIE L. McQUADE**

STATE OF FL, COUNTY OF : Lake : (Process Server): Brandon Dornbusch, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of FL. That on 10/20/16, at 7:00 P.M am/pm at 21423 COUNTY ROAD 455, CLAIRMONT, FL 34715 I served the SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET bearing Index # 2:16-00479-GZS and filed date 9/20/2016 upon DONALD H. McQUADE, JR.,

[X] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name)________________, (capacity) ________________, known by deponent to be an authorized agent of the named defendant therein. Designated under rule ________________ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)________________ (relationship)________________who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times: 1) __________, at __________ am/pm 2) __________, at __________ am/pm 3) __________, at __________ am/pm
Deponent verified that the Defendant lived/worked at said premises with ________________.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at the above address and mailed by first class mail [ ( ) and certified mail # ________________ ] by depositing in an official depository under exclusive care and custody of the US Postal Service in the State of ________ on (date) ________________.

[X] **DESCRIPTION**
Sex: M; Color: W; Hair: Brown; Approx. Age: 40's; Approx. Height: 5'10; Approx. Weight: 150;
Other: ________________.

[ ] **WITNESS FEE**
Deponent tendered to the recipient $__________ as traveling expenses, witness fee or other statutory fee.

[X] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on someone who is currently on active duty in the US military service and was informed that he/she was not.

[ ] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

ERIN WILLIAMS
MY COMMISSION # FF 224142
EXPIRES: May 9, 2019
Bonded Thru Notary Public Underwriters

Sworn to before me on:

Erin Williams 10/28/16

Signature of Process Server

**DOONAN, GRAVES & LONGORIA, LLC MA**
**100 CUMMINGS CENTER,, SUITE 225D**
**BEVERLY,MA 01915**
**Phone: (978) 921-2670**
**File No. 25508.32**

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A, Ronkonkoma, NY 1177?
Phone 631-981-4400
(NCS505090)
VM 661002